■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD EPPS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was convicted of two counts each of first degree robbery and third degree criminal possession of a weapon as a result of two incidents which occurred on the same evening. The trial court properly denied defendant's application for a *Wade* hearing with respect to one of the

victims who knew defendant prior to the incident *(see, People v Tas,* 51 NY2d 915, 916; *People v Gissendanner,* 48 NY2d 543, 552). Although defendant was entitled to a *Wade* hearing to challenge the other victim's identification as the product of a suggestive photo array, the error was harmless because there was sufficient evidence, independent of the identification, to establish defendant's guilt *(see, People v Crimmins,* 36 NY2d 230). The court properly refused to charge grand larceny as a lesser included offense of first degree robbery because there was no reasonable view of the evidence that defendant committed only a larceny *(see, People v Glover,* 57 NY2d 61, 63; *People v Asan,* 22 NY2d 526, 532). We have considered defendant's remaining claims and find each one lacking in merit. (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—robbery, first degree; criminal possession of weapon, third degree.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.